No. 65344.—Rockbar Corp. *v.* United States, protest 60/15475 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the copper content in the items of merchandise in question is less than 4 percent, it was held that the copper tax was not applicable.

BEFORE THE THIRD DIVISION, MARCH 29, 1961

No. 65345.—C. F. Liebert *v.* United States, protest 58/10111 (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 30, 1961

No. 65346.—Wolf Greenspan & Son, Inc. *v.* United States, protest 60/20558 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), except that they are composed entirely of plastic, the claim of the plaintiff was sustained.

No. 65347.—Royal Sales Co., Inc., and Royal Sales Company *v.* United States, protests 58/22881 and 58/22882 (Louisville).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiffs was sustained.